04-54925
Demchak

FILED
2010 APR 28 PM 1:14
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Discover Financial Services | $ 9,123.17 | $ 237.71 |
| 3 | LVNV Funding LLC | $ 14,382.95 | $ 374.76 |
| 5 | ~~Kaufmann"s~~ | $ 60.20 | $ ~~1.57~~ |
| 6 | ~~CHARMING SHOPPES - FASION BUG~~ | $ 78.03 | $ ~~2.03~~ |
| 7 | ~~Kohl"s Department Store~~ | $ 148.98 | $ ~~3.88~~ |
| 8 | Sherman Acquisition LP., its successors and assign | $ 4,985.29 | $ 129.90 |
| 9 | Sherman Acquisition LP., its successors and assign | $ 5,806.41 | $ 151.29 |
| 10 | Fleet Bank (RI) N.A. and its assigns | $ 9,520.77 | $ 248.07 |
| 11 | LVNV Funding LLC | $ 9,375.05 | $ 244.27 |
| 13 | PROVIDENT BANK | $ 9,153.56 | $ 238.50 |
| 14 | eCAST Settlement Corporation, assignee of | $ 292.95 | $ 7.63 |
| 15 | eCAST Settlement Corporation, assignee of | $ 594.86 | $ 15.50 |
| 16 | eCAST Settlement Corporation, assignee of | $ 1,953.41 | $ 50.90 |
| 17 | eCAST Settlement Corporation, assignee of | $ 4,470.87 | $ 116.49 |
| 18 | National City Bank | $ 17,879.72 | $ 465.87 |
| 19 | LVNV Funding LLC its successors and assigns as | $ 3,397.25 | $ 88.52 |

Check No. 1016
Receipt No. 81437

UST Form 101-7-NFR (9/1/2009) (Page: 4)