IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION



IN RE:  CASE NO: 04-54925

RICHARD J. DEMCHAK  CHAPTER 7
JOYCE K. DEMCHAK
    Debtor(s)  HON. MARILYN SHEA-STONUM
  BANKRUPTCY JUDGE

### TRANSMITTAL OF UNCLAIMED FUNDS

Marc P. Gertz, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to who such unnegotiated checks were issued, the amount of such check and their last known addresses are:

    Claim #13    Provident Bank    $238.50
                  407 Vine St., #308
                  Cincinnati, OH 45202

2. Your trustee's check for $238.50 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: August 19, 2010

                              Marc P. Gertz, #0003808
                              Chapter 7 Trustee
                              Goldman & Rosen, Ltd.
                              11 S. Forge St.
                              Akron, OH 44304
                              Phone: 330.376.8336
                              Fax: 330.376.2522
                              mpgertz@goldman-rosen.com

*[handwritten: ck #1017]*
*[handwritten: receipt # 81707]*